UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER STUCKI,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. C24-5431-MLP<br><br>ORDER |

On June 4, 2024, Plaintiff filed a complaint seeking review of the Commissioner's decision denying him disability benefits. (Dkt. # 1.) On August 5, 2024, the Court issued a scheduling order that set word count limits. (Dkt. # 6.) Plaintiff submitted his opening brief on September 3, 2024 (dkt. # 7), but the Court noted the brief failed to include a certification of word count as required by Local Civil Rule ("LCR") 7(e)(6), warning that "future noncompliant briefs may be stricken." (Dkt. # 8.)

On October 17, 2024, Plaintiff filed his reply brief (dkt. # 10), which again failed to certify its word count as required by LCR 7(e)(6). Accordingly, by **October 21, 2024**, Plaintiff is ORDERED to: (1) show cause for the noncompliance with the scheduling order; and (2) correct the deficiencies in his reply brief. Failure to comply may result in the Court striking the reply brief.

ORDER - 1

Dated this 18th day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2